IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-20405
_____

ALVY T McQUEEN,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA;
NANCY K JOHNSON; SUSIE M WONG;
MARK W HUGHES,

Defendants-Appellees.

**************************************************************'
No. 98-20451

ALVY T McQUEEN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA;
UNITED STATES DEPARTMENT OF JUSTICE;
SUSIE M WONG; MARK W HUGHES;
NANCY K JOHNSON, Magistrate Judge

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-95-H-1453 & H-91-CV-329)
_____

March 4, 1999

Before HIGGINBOTHAM, JONES, and WIENER, Circuit Judges.

PER CURIAM:*

    AFFIRMED.  See 5th Cir. R. 47.6.

_____

    * Pursuant to 5th Cir. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.